[DO NOT PUBLISH]

# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 24-13328

Non-Argument Calendar

_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

*versus*

RALPH ERIC LANHAM,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida
D.C. Docket No. 3:24-cr-00055-TJC-LLL-1

_____

Before JORDAN, BRANCH, and LUCK, Circuit Judges.

PER CURIAM:

Valarie Linnen, appointed counsel for Ralph Lanham, has filed a motion to withdraw on appeal, supported by a brief prepared under *Anders v. California*, 386 U.S. 738 (1967).  Our independent review of the record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Lanham's conviction and sentence are **AFFIRMED**.